IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| BRIAN SORENSEN and NICOLE SORENSEN, Individually and as Next Friends to D.S., O.S., V.S., and W.S., MINORS, <br> *Plaintiffs,* <br><br> v. <br><br> JOSEPH ANAYA, AND BRIDGESTONE HOSEPOWER LLC, <br> *Defendants.* | § § § § § § § § § § § | NO. MO:23-CV-00068 |

## ORDER

BEFORE THE COURT is an Advisory stating that this case settled during mediation (Doc. 16) filed October 2, 2023. Accordingly,

This case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **SIXTY (60)** days from the docketing of this Order.

All pending motions, if any, are therefore **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 3rd day of October, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE