IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **BRIAN SORENSEN and NICOLE SORENSEN, individually and as Next Friends to D.S., O.S., V.S., and W.S., MINORS,** *Plaintiffs,* | § § § § § § § § § § § § § | |
| v. | | CIVIL ACTION NO 7:23-CV-00068-DC |
| **JOSEPH ANAYA, BRIDGESTONE HOSEPOWER, LLC.,** *Defendants.* | | |

### AGREED FINAL JUDGMENT

A settlement hearing in the above-captioned case came before the Court on November 7, 2023. Plaintiffs Brian Sorensen and Nicole Sorensen, individually and as next friends to D.S., O.S., V.S., and W.S., all minors, ("Plaintiffs") appeared at the hearing through their counsel. Defendants Jospeh Anaya and Bridgestone Hosepower, LLC ("Defendants") also appeared through their counsel. The Parties, having waived a jury, announced to the Court that a Compromise Settlement Agreement and Release for settlement of all matters in controversy between Plaintiffs and Defendants has been reached subject to the Court's approval ("Agreement"). Court-appointed Guardian ad Litem, Denis Dennis, a licensed attorney in the State of Texas, also appeared at the hearing, providing his report and opinion that the Agreement between the parties is fair, just, reasonable, and in the best interests of the minor children.

The Court finds that the Agreement is in the best interests of the minor children and that the payment schedule for the minor children is approved. What's more, after reading the pleadings in this case and reviewing the entire record, the Court believes that the Agreement between the parties is just, fair, and equitable.

It is therefore **ORDERED** that the Agreement between the Parties is **APPROVED and a portion of the settlement will be paid as future periodic payments as set forth in the parties' Compromise Settlement Agreement and Release**.

It is also **ORDERED** that the terms of the Agreement between the Parties shall not be disclosed, made public, disseminated, or otherwise released to anyone not a party, counsel, or Guardian ad Litem involved in this lawsuit.

It is also **ORDERED** that all Plaintiffs' claims be **DISMISSED** with prejudice.

It is so **ORDERED**.

David Counts
UNITED STATES MAGISTRATE JUDGE

Agreed:

/s/ *Tennessee W. Walker*
Tennessee W. Walker
State Bar No. 24066253
W. Travis Patterson
State Bar No. 24080095
Gregory J. McCarthy
State Bar No. 13367500
Chris Mazzola
State Bar No. 24069114
Kolter R. Jennings
State Bar No. 24094048
legal@pattersonpersonalinjury.com

PATTERSON LAW GROUP
2409 Forest Park Blvd.
Fort Worth, Texas 76110
(817) 784-2000 – phone/fax

ATTORNEYS FOR PLAINTIFFS

/s/ *Brian C. Newby*
Brian C. Newby
State Bar No. 14947320
bnewby@canteyhanger.com

John M. Kash
State Bar No.
jkash@canteyhanger.com

CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
(817) 877-2800
(817) 877-2807 – FAX

ATTORNEYS FOR DEFENDANTS

2